IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINA T. SAIZ,

      Plaintiff,

vs.                                                      Civ. No. 23-70 SCY

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

      Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Plaintiff filed her complaint on January 24, 2023. Doc. 1. On January 26, 2023, the Clerk of Court notified the parties that under the new Supplemental Rules for Social Security governing cases filed under 42 U.S.C. § 405(g), Plaintiff's opening brief is due 30 days after the answer/administrative record is filed and served. Doc. 7. The administrative record was filed and served on Plaintiff by mail on March 27, 2023. Doc. 11 at 2. Therefore, Plaintiff had until May 1, 2023, to file her opening brief. (Thirty days from March 27 was April 26, plus three days for service by mail was April 29, Fed. R. Civ. P. 6(d), and the next business day was Monday, May 1). That deadline has passed and Plaintiff has not filed the required brief or requested an extension of the deadline.

        The Court notes Plaintiff's complaint requests additional time to allow Plaintiff to find an attorney. Doc. 1 at 2. However, that was over four months ago; Plaintiff at this point has received additional time for this search. If Plaintiff desires another extension of time to find an attorney, Plaintiff should explain what efforts she has made to date to find an attorney and why she still needs more time.

**IT IS THEREFORE ORDERED** that by Monday, May 22, 2023, Plaintiff shall either file her opening brief/motion to remand, or show cause in writing why this deadline should be extended. **Failure to comply with this order may result in dismissal of Plaintiff's lawsuit without prejudice.**

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE